IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JAVIER HERNANDEZ-CONDE, *et al.*,

                Plaintiff,

   v.

IWC HOLDINGS OF TEXAS, LLC,
D/B/A BUILDERS' INSULATION,

                Defendant.

CIVIL ACTION NO. 5:20-CV-1118-XR

**JOINT MOTION FOR *IN CAMERA* REVIEW AND APPROVAL OF SETTLEMENT AGREEMENT**

Pursuant to the Court's February 10, 2021 and March 15, 2021 orders, the parties in the above-captioned action, Plaintiff, Javier Hernandez-Conde ("Plaintiff"), by his attorney, Evan Lange Law, PLLC by Evan Lange and Defendant, Builders' Insulation ("Defendant") by and through its attorneys, Bell Nunnally & Martin LLP by Saba Syed and Karen Hart and Reinhart Boerner Van Deuren, S.C. by Michael Gentry and Robert Driscoll ("the Parties"), submit this Joint Motion for Approval of Settlement Agreement. The Parties, after arms-length negotiations between counsel, executed a settlement agreement resolving this lawsuit on March 22, 2021 ("Agreement"), which they hereby jointly request that the Court review *in camera* and approve, as described below. A copy of the Agreement is being filed provisionally under seal today for the purposes of the Court's *in camera* review as an exhibit to the instant motion.[1]

---

[1] Due to the bona fide disputes at issue in this litigation regarding hours worked and compensation owed, the Parties do not believe that Court approval of the Agreement is necessary to resolve this action or for the Court to grant the Parties' contemporaneously-filed Joint Motion to Dismiss With Prejudice. *See Espinosa v. Stevens Tanker Div.*, LLC, SA-15-CV-879-XR, 2018 WL 8017210, at *1 (W.D. Tex. Jan. 19, 2018) ("Not every FLSA settlement, however, requires court approval. '[P]arties may reach private compromises as to FLSA claims where there is a bona fide dispute as to the amount of hours worked or compensation due. A release of a party's rights under the

In support of this Joint Motion, the Parties hereby state and stipulate as follows:

1. Pursuant to court order in *IWC Holdings of Texas, LLC d/b/a Builders' Insulation v. Antio Lares Castro, et al.*, Bexar County Cause No. 2020CI06062 (the "State Court Lawsuit"), the Parties engaged in mediation on January 7, 2021 which led to a settlement in principle of all matters between the parties, including the instant FLSA action before the Court.

2. In this action, Plaintiff alleges that he was misclassified as an exempt employee and that Builders' Insulation did not pay him overtime. (ECF 14 ¶¶ 2, 15, 52.) Builders denies those allegations. (Agreement, 8.)

3. Defendant has produced documents to Plaintiff demonstrating that overtime wages were paid to Plaintiff during his employment, which Plaintiff acknowledges, and Defendant denies that any additional overtime wages are due. (Agreement, 8.)

4. A bona fide disputes exists between the Parties regarding whether Plaintiff was misclassified by Defendant as an exempt employee who was not entitled to overtime wages and regarding whether Plaintiff is entitled to any additional overtime pay than he received during his employment.

5. Plaintiff acknowledges and agrees that Defendant has disclosed to Plaintiff available witnesses, testimony, and documents that can support a money judgment against Plaintiff in the State Court Lawsuit. Plaintiff acknowledges and agrees that, along with former Plaintiff Francisco Javier Delgado, he owes Defendant at least $75,000.00, as described in the Agreement.

---

FLSA is enforceable under such circumstances.'" (citations omitted).) Nonetheless, the Parties' request the Court's approval pursuant to the Agreement and out of an abundance of caution.

45075862

6. Plaintiff acknowledges and agrees that, given Defendant's production of documents demonstrating its payments of overtime to him, and based on his hours of work and pay rate(s) while working for Defendant, in the event that the Court were to determine that he is owed money for outstanding overtime payment(s), he is more than compensated for those outstanding payments by the reduction in the amount that he is paying Defendant under and only by virtue of the Agreement, as compared to the amount that he would owe to Defendant pursuant to a money judgment against him in the State Court Lawsuit.

7. The Agreement was reached through extensive and arms-length negotiations between counsel.

8. "[P]arties may reach private compromises as to FLSA claims where there is a bona fide dispute as to the amount of hours worked or compensation due. A release of a party's rights under the FLSA is enforceable under such circumstances." *Martin v. Spring Break '83 Prods., L.L.C.*, 688 F.3d 247 , 255 (5th Cir. 2012) (quoting and adopting *Martinez v. Bohls Bearing Equip. Co.*, 361 F. Supp. 2d 608 , 631 (W.D. Tex. 2005)).

WHEREFORE, In connection with their Joint Motion for *In Camera* Review and Approval of the Agreement and stipulation, the Parties respectfully move the Court for the following, as required by the Agreement, (Agreement, 8):

1. An Order approving the Agreement as a fair and reasonable resolution of bona fide disputes under the FLSA;

2. An Order that the Releases in the Agreement are binding upon Plaintiff; and,

3. In connection with the contemporaneously filed Joint Motion to Dismiss With Prejudice, an Order dismissing all claims against Defendant in this lawsuit with prejudice.

Dated this 23rd day of March, 2021.

          Respectfully submitted,

          **BELL NUNNALLY & MARTIN LLP**

          Karen L. Hart
          State Bar No. 24032401
          khart@bellnunnally.com
          Saba F. Syed
          State Bar No. 24088497
          ssyed@bellnunnally.com
          2323 Ross Avenue, Suite 1900
          Dallas, Texas  75201
          (214) 740-1400
          (214) 740-1499 Telecopy

          **REINHART BOERNER VAN DEUREN S.C.**

          By:   */s/ Michael J. Gentry*
                 Robert S. Driscoll *(Admitted Pro Hac Vice)*
                 rdriscoll@reinhartlaw.com
                 Michael J. Gentry *(Admitted Pro Hac Vice)*
                 mgentry@reinhartlaw.com
                 1000 North Water Street, Suite 1700
                 Milwaukee, WI 53202
                 (414) 298-1000
                 (414) 298-8097 Facsimile

          **ATTORNEYS FOR DEFENDANT BUILDERS' INSULATION**

          **EVAN LANGE LAW, PLLC**

          By:   */s/ Evan B. Lange*
                 Evan B. Lange
                 Texas Bar No. 24089021
                 evan@evanlangelaw.com

          **ATTORNEY FOR PLAINTIFF JAVIER HERNANDEZ-CONDE**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this document was forwarded to all counsel of record through the Court's ECF system on March 23, 2021.

*/s/ Michael J. Gentry*
Michael J. Gentry

45075862